UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR MANUEL PEREZ PEREZ,<br><br>                          Plaintiff,<br><br>-against-<br><br>NEW YORK STATE DMV DRIVING IMPROVEMENT UNIT,<br><br>                        Defendant. | 25cv4370 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the July 21, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 22, 2025
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge